952 F.2d 1391
 Colvin (Benton)
v.
Wilson (Gus W.), Schriner (Kenneth), Feese (Brett O.),
Hallenbach (Amy), Giles (Holly), Wilson (W. Gus), Dalton
(Williams), Pagano (Harry), Philipkosky (Richard),
Kilpatrick (Kelly), Shirns (Kim), Shirns' Pomt-Olds-Cad-Gmc,
Giles (Robert)
 NOS. 91-5592, 91-5593
 United States Court of Appeals,
Third Circuit.
 Dec 13, 1991
 
 Appeal From: M.D.Pa.,
 McClure, J.
 
 
 1
 AFFIRMED.